# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

H-D U.S.A., LLC and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,

        Plaintiffs,

vs.

GEARLAUNCH, INC., a Delaware Corporation, d/b/a Gear Harley, TeeKiwi, TeeFuny, TeeSeason, TeeShop4U Company a/k/a Biker's Corner, and TeeDig and JOHN DOES

        Defendants.

Case No. 16-CV-1167

## NOTICE OF DISMISSAL AS TO DEFENDANT GEARLAUNCH, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(A)(i), Plaintiffs H-D U.S.A, LLC and Harley-Davidson Motor Company Group, LLC (collectively "Plaintiffs") by this Notice of Dismissal, pursuant to a settlement, hereby dismiss the above captioned matter against Defendant GearLaunch, Inc. with prejudice.

The settlement and dismissal do not apply to the JOHN DOE defendants or to the "d/b/a's" listed above, which as noted below Plaintiffs have learned are third parties. As noted in the Complaint (Paragraph 8), moreover, Plaintiffs were not aware of the true name or capacity of all others who participated in the activities described in the Complaint. Plaintiffs recently obtained information that the online apparel stores Gear Harley, TeeKiwi, TeeFuny, TeeSeason, TeeShop4U Company a/k/a Biker's Corner, and TeeDig identified above in the case caption—that are selling the counterfeit and infringing apparel products described in the Complaint in this Action—are actually third parties and also likely own and/or control the domain names

corresponding to their online store names. Plaintiffs also recently learned about other individuals and/or entities behind additional online stores, not identified as d/b/a's or otherwise in the Complaint, that are engaged in the same counterfeit and infringing activity described in the Complaint. Most if not all of these additional individuals and/or entities appear to be located outside of the United States. Based on this recently acquired information about the online apparel stores listed in the case caption and the JOHN DOES, which Plaintiffs are further investigating, Plaintiffs are considering filing an Amended Complaint naming additional, specific defendants in this action, and thus request that the Court not dismiss this action against any entity other than GearLaunch, Inc.

Respectfully submitted this 28th day of February, 2017.

**MICHAEL BEST & FRIEDRICH LLP**

By: *s/Katherine W. Schill*
Katherine W. Schill, SBN 1025887
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
kwschill@michaelbest.com
Phone: (414) 223-2527
Fax: (414) 277-0656

**KELLY IP, LLP**
David M. Kelly
Stephanie H. Bald
Anjie Vichayanonda
1919 M Street NW, Suite 610
Washington, D.C. 20036
david.kelly@kelly-ip.com
stephanie.bald@kelly-ip.com
anjie.vichayanonda@kelly-ip.com
Phone: (202) 808-3570
Fax: (202) 354-5232

**Attorneys for Plaintiffs**
**H-D U.S.A., LLC and**
**Harley-Davidson Motor Company Group, LLC**